**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Adrianne C.,

                    Plaintiff,

v.

Commissioner of Social Security
Administration,

                    Defendant.

No. CV-26-00675-PHX-SHD

**ORDER**

At issue before the Court is the denial of Plaintiff's application for Social Security Disability Insurance benefits.  The Magistrate Judge to whom this case was assigned issued a Report and Recommendation ("R&R") recommending that the final decision of the Administrative Law Judge ("ALJ") be vacated and the matter remanded to the Social Security Administration for further administrative proceedings.  (Doc. 16). Neither party has objected to the R&R and the time for filing objections has run.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"); *Klamath Siskiyou Wildlands Ctr. v. U.S. Bureau of Land Mgmt.*, 589 F.3d 1027, 1032 (9th

Cir. 2009) (the district court "must review de novo the portions of the [Magistrate Judge's] recommendations to which the parties object."). District courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28 U.S.C. § 636(b)(1) ("[T]he court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made.").

There being no objections,

**IT IS ORDERED** that the R&R (Doc. 16) is accepted.

**IT IS FURTHER ORDERED** that the final decision of the ALJ is VACATED, and this case is REMANDED to the Social Security Administration for further administrative proceedings. The Clerk of the Court shall enter judgment accordingly.

Dated this 17th day of July, 2026.

_____
Honorable Sharad H. Desai
United States District Judge

- 2 -